UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
ELIENA M.,                         )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 17-254 WES
                                   )
NANCY BERRYHILL, Commissioner,     )
Social Security Administration,    )
                                   )
        Defendant.                 )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On March 14, 2018, Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R"), recommending that Plaintiff's Motion To Reverse (ECF No. 13) be denied and that Defendant's Motion To Affirm (ECF No. 15) be granted.  Having reviewed the R&R and the parties' submissions, and having heard no objections, the Court accepts the R&R and adopts its recommendations and reasoning.  Accordingly, the Court DENIES Plaintiff's Motion To Reverse (ECF No. 13) and GRANTS Defendant's Motion To Affirm (ECF No. 15).  Final judgment shall enter for Defendant.

IT IS SO ORDERED.

/s/ WESmith
_____
William E. Smith
Chief Judge
Date:  May 8, 2018